IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANGEL ECHEVARRIA,

        Petitioner,

v.

KEVIN RANSOM, et al.,

        Respondents.

CIVIL ACTION
NO. 22-3753

## ORDER

**AND NOW**, this 20th day of October 2023, upon consideration of the Report and Recommendation filed on August 29, 2023, by United States Magistrate Judge Pamela A. Carlos (Doc. No. 13) to which no objection has been filed by Petitioner, and upon independent review of the briefs filed by the parties and the relevant state court record, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED;**

2. Petitioner's request for review and Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED**;

3. The Court finds that Petitioner has failed to make a substantial showing of a denial of a constitutional right and accordingly a certificate of appealability shall not issue;

4. Judgment in this matter is entered in favor of **RESPONDENT.**

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.